UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

JAY H. STATTON,

        Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

        Defendant.

No. 2:13-cv-104-JPH

JUDGMENT

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED.** Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED:  February 28, 2014

        SEAN McAVOY
        District Court Executive/Clerk

        s/ L. Stejskal
        Deputy Clerk